**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cajun Coffee Shack LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Cajun Coffee Shack** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1760943** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11618 Potranco Road** **San Antonio, TX 78253** Number, Street, City, State & ZIP Code | **10406 Ashbury Crk** **San Antonio, TX 78245** P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **wwwcajuncoffeeshacktx.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Cajun Coffee Shack LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4452

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

| Debtor | **Cajun Coffee Shack LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Michael Anthony Barrios** | Relationship | **Managing Member** |
|---|---|---|---|---|
| | District | **Western District of Texas** | When | **10/18/22** | Case number, if known | **22-51173** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Cajun Coffee Shack LLC** | | Case number (*if known*) |
|--------|----------------------------|---|--------------------------|
| | Name | | |

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Cajun Coffee Shack LLC**

Name

Case number (*if known*)

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2022**

MM / DD / YYYY

**X** **/s/ Michael Barrios**

Signature of authorized representative of debtor

**Michael Barrios**

Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ J. Robert Vanhemelrijck**

Signature of attorney for debtor

Date **November  2, 2022**

MM / DD / YYYY

**J. Robert Vanhemelrijck 24056468**

Printed name

**Vanhemelrijck Law Offices, PC**

Firm name

**2001 NW Military**
**San Antonio, TX 78213**

Number, Street, City, State & ZIP Code

Contact phone    **(210) 804-1529**    Email address    **jrv@vanlaws.com**

**24056468 TX**

Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __November  2, 2022__   X __/s/ Michael Barrios__
                                         Signature of individual signing on behalf of debtor

                                         __Michael Barrios__
                                         Printed name

                                         __Managing Member__
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $      **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $      **0.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **346,454.51**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................. $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$    **289,371.21**

4. **Total liabilities** ...............................................................................
Lines 2 + 3a + 3b

$    **635,825.72**

**Fill in this information to identify the case:**

Debtor name     **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC (negative balance)** | **Buisness Checking** | **9317** | $0.00 |
| 3.2. | **PNC** | **Business Checking** | **8891** | $0.00 |
| 3.3. | **Paypal** | **Online** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Square** | $0.00 |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Cajun Coffee Shack LLC**                          Case number *(If known)* _____
        Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Coffee, Syrups, Cups and other misc supplies** | | **$50.00** | | **$0.00** |

23. **Total of Part 5.**                                                                        **$0.00**
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor  **Cajun Coffee Shack LLC**                    Case number *(If known)* _____
         Name

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**dba Cajun Coffee Shack** | **$0.00** | | **$0.00** |
| 61.  **Internet domain names and websites**<br>**www.cajuncoffeeshacktx.com** | **$0.00** | | **$0.00** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                      | **$0.00** |

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ☑ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☑ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor  **Cajun Coffee Shack LLC**_____     Case number *(If known)* _____
        Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) |  |  |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Operating Loss for 2022.**<br>**Prior years were listed on single member/managing**<br>**member's personal tax return, Schedule C** | Tax year **2022** | **Unknown** |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

**Possible Covid Related Employee Retention Credits**                              **Unknown**

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Cajun Coffee Shack LLC**                                      Case number *(If known)* _____
          _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name          **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Advanced Recovery Group**<br>Creditor's Name<br>**30 Two Bridges Road Ste 100**<br>**Fairfield, NJ 07004**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**<br><br>Describe the lien | **$43,708.94** | **$0.00** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |  |  |
|---|---|---|---|
| **2.2** **Blade Funding Group**<br>Creditor's Name<br>**c/o Regent & Associates**<br>**500 Lovett, Ste 225**<br>**Houston, TX 77006**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**<br><br>Describe the lien | **$71,726.10** | **$0.00** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Cajun Coffee Shack LLC**                                    Case number (if known) _____
         Name

■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | **Diamond Star Capital Group** | | $40,000.00 | $0.00 |

Creditor's Name

**No. 256-260, Sule Pagoda Road, Kyauktada Township, Yangon Myanmar**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **East Shore Equities** | | $36,723.78 | $0.00 |

Creditor's Name

**5788 Merrick Rd, 2nd floor Massapequa, NY 11758**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Everyday Funding Group LLC** | | $7,495.00 | $0.00 |

Creditor's Name

**5018 Express Dr S Suite 204 Ronkonkoma, NY 11779**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

---

Debtor  **Cajun Coffee Shack LLC**                                           Case number (if known) _____
_____
Name

**Is the creditor an insider or related party?**

Creditor's email address, if known                              ■ No
_____                              ☐ Yes

**Date debt was incurred**                                      **Is anyone else liable on this claim?**

                                                                ☐ No

**Last 4 digits of account number**                             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                               **As of the petition filing date, the claim is:**
**interest in the same property?**                              Check all that apply

■ No                                                            ☐ Contingent

☐ Yes. Specify each creditor,                                   ☐ Unliquidated
including this creditor and its relative
priority.                                                       ☐ Disputed

---

| 2.6 | **Fenix Capital Funding** | Describe debtor's property that is subject to a lien | $38,577.05 | $0.00 |

Creditor's Name

**9265 4th Ave Suite 2,**                                       **Sale of Future Receivables - no more**
**Brooklyn, NY 11209**                                          **recievables since business is in Ch 7 and**
                                                                **possible UCC 1**

Creditor's mailing address                                      **Describe the lien**

                                                                **Is the creditor an insider or related party?**

Creditor's email address, if known                              ■ No
_____                              ☐ Yes

**Date debt was incurred**                                      **Is anyone else liable on this claim?**

                                                                ☐ No

**Last 4 digits of account number**                             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                               **As of the petition filing date, the claim is:**
**interest in the same property?**                              Check all that apply

■ No                                                            ☐ Contingent

☐ Yes. Specify each creditor,                                   ☐ Unliquidated
including this creditor and its relative
priority.                                                       ☐ Disputed

---

| 2.7 | **IPFS Corporation** | Describe debtor's property that is subject to a lien | $6,937.64 | $0.00 |

Creditor's Name

**PO Box 15089**                                                **Sale of Future Receivables - no more**
**Worcester, MA 01615**                                         **recievables since business is in Ch 7 and**
                                                                **possible UCC 1**

Creditor's mailing address                                      **Describe the lien**

                                                                **Is the creditor an insider or related party?**

Creditor's email address, if known                              ■ No
_____                              ☐ Yes

**Date debt was incurred**                                      **Is anyone else liable on this claim?**

                                                                ☐ No

**Last 4 digits of account number**                             ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                               **As of the petition filing date, the claim is:**
**interest in the same property?**                              Check all that apply

■ No                                                            ☐ Contingent

☐ Yes. Specify each creditor,                                   ☐ Unliquidated
including this creditor and its relative
priority.                                                       ☐ Disputed

---

Debtor   **Cajun Coffee Shack LLC**                                    Case number (if known) _____
         Name

---

| 2.8 | **Iron Crown Capital LLC** | Describe debtor's property that is subject to a lien | $5,097.00 | $0.00 |

Creditor's Name

**5788 Merrick Road, Ste 205
Massapequa, NY 11758**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Mantis Funding** | Describe debtor's property that is subject to a lien | $22,500.00 | $0.00 |

Creditor's Name

**225 Clematis St
West Palm Beach, FL 33401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Premier Capital Funding LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**9264 4th Ave 2nd Floor
Brooklyn, NY 11209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien

**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 6

Debtor  **Cajun Coffee Shack LLC**                                    Case number (if known) _____
_____
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1**
**1**

**Prince Funding**
Creditor's Name

**7 Sherwood Drive**
**Lakewood, NJ 08701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien                $29,980.00        $0.00

**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1**
**2**

**Reserve Capital Management**
Creditor's Name

**4300 Sigma Rd**
**Dallas, TX 75244**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien                $43,709.00        $0.00

**Sale of Future Receivables - no more recievables since business is in Ch 7 and possible UCC 1**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $346,454.51

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor  **Cajun Coffee Shack LLC**
Name

Case number (*if known*)

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ACME Company**<br>**9495 Harvard Blvd**<br>**Youngstown, OH 44514-3330**<br><br>Date(s) debt was incurred<br><br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bank of Texas**<br>**9901 IH 10 West #100**<br>**San Antonio, TX 78230**<br><br>Date(s) debt was incurred<br><br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,800.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Blade Funding Group**<br>**c/o Regent & Associates**<br>**500 Iovett Ste 225**<br>**Houston, TX 77006**<br><br>Date(s) debt was incurred<br><br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$71,726.10** |
| **3.4** Nonpriority creditor's name and mailing address<br>**ClearCard**<br>**5 Cowboys Way**<br>**Frisco, TX 75034**<br><br>Date(s) debt was incurred<br><br>Last 4 digits of account number  **8014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,000.00** |

| Debtor | **Cajun Coffee Shack LLC** | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.00**

**Continental Finance Co**
**Attn: Bankruptcy**
**4550 Linden Hill Rd, Ste 4**
**Wilmington, DE 19808**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number  **3240**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,938.00**

**CRC**
**13737 Noel Road , 10th Floor**
**Dallas, TX 75240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,097.00**

**Crown Capital LLC**
**2202 Thousand Oaks Dr # 101**
**San Antonio, TX 78232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CT Corporation System**
**350 N St Paul Street**
**Dallas, TX 75201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**Diamond Star Capital Group**
**No. 256-260, Sule Pagoda Road,**
**Kyauktada Township, Yangon**
**Myanmar**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,723.78**

**East Shore Equities**
**5788 Merrick Rd, 2nd floor**
**Massapequa, NY 11758**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cajun Coffee Shack LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.00 |
|---|---|---|---|

**First Digital Card**
Attn: Bankruptcy
Po Box 85650
Sioux Falls, SD 57118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number **8727**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.00 |
|---|---|---|---|

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number **8426**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**First Premier Bank**
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number **1831**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,577.52 |
|---|---|---|---|

**GB Collects**
1253 Haddonfield Berlin Road
Voorhees, NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.00 |
|---|---|---|---|

**HEB**
PO BOX 839999
San Antonio, TX 78283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,882.36 |
|---|---|---|---|

**Hiland Dairy**
c/o Wright Lindsey Jennings
200 W. Capitol Ave. Ste 2300
Little Rock, AR 72201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,577.52 |
|---|---|---|---|

**Imperial PFS**
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unsecured**

Last 4 digits of account number **5741**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Cajun Coffee Shack LLC**                                   Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Joseph Mann & Creed**
**8948 Canyon Falls Blvd Ste200**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8242**

Basis for the claim:  **For notice only - collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,881.92 |

**Media Collections, Inc.**
**dba Joseph, Mann & Creed**
**8948 Canyon Falls Blvd., Ste. 200**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,090.00 |

**Navy FCU**
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,911.43 |

**Oak Farms San Antonio**
**1314 Fredericksburg Road**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |

**Payroll Vault San Antonio, Texas**
**9002 Wurzbach Rd**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,279.00 |

**PNC Bank**
**249 Fifth Ave**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9317**

Basis for the claim:  **Overdrawn bank account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,027.00 |

**Pure Party Ice**
**1902 S. Laredo St. #5**
**San Antonio, TX 78207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cajun Coffee Shack LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$596.58**

**Restaurant Depot / Jetro**
3333 Fredericksburg Rd
San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00**

**SBA Office**
615 E Houston St #298
San Antonio, TX 78205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Square Capital**
1455 Market Street, Suite 600
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00**

**St. John Cobb Inc.**
PO Box 2385
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$759.00**

**Texas Workforce Commission**
101 E 15th Room 370
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**The LCF Group**
3000 Marcus Ave Suite 2W15,
New Hyde Park, NY 11042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,616.00**

**Timepayment Corp, LLC.**
Attn: Bankruptcy Dept
1600 District Avenue Ste 200
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease deficency**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Cajun Coffee Shack LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 289,371.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 289,371.21 |

**Fill in this information to identify the case:**

Debtor name  **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name        **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Advanced Recovery Group** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Blade Funding Group** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Continental Finance Co** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.4 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **CRC** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.5 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Crown Capital LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

Debtor **Cajun Coffee Shack LLC**     Case number *(if known)* _____

█████ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Diamond Star Capital Group** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **East Shore Equities** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Everyday Funding Group LLC** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Fenix Capital Funding** | ■ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **First Digital Card** | ☐ D _____<br>■ E/F  __3.12__<br>☐ G _____ |
| 2.11 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **First Premier Bank** | ☐ D _____<br>■ E/F  __3.13__<br>☐ G _____ |
| 2.12 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **First Premier Bank** | ☐ D _____<br>■ E/F  __3.14__<br>☐ G _____ |
| 2.13 | **Michael Barrios** | **10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **GB Collects** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |

Debtor   **Cajun Coffee Shack LLC**                                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                         *Column 2:* **Creditor**

| 2.14 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | HEB | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |
|------|-----------------|---------------------------------------------|-----|-----------------------------------------|
| 2.15 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Hiland Dairy | ☐ D _____<br>■ E/F  **3.17**<br>☐ G _____ |
| 2.16 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Imperial PFS | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |
| 2.17 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | IPFS Corporation | ■ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Iron Crown Capital LLC | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Mantis Funding | ■ D  **2.9**<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Media Collections, Inc. | ☐ D _____<br>■ E/F  **3.20**<br>☐ G _____ |
| 2.21 | Michael Barrios | 10406 Ashbury Creek<br>San Antonio, TX 78245 | Oak Farms San Antonio | ☐ D _____<br>■ E/F  **3.22**<br>☐ G _____ |

Debtor   **Cajun Coffee Shack LLC**                                  Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Payroll Vault San Antonio, Texas** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.23 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Premier Capital Funding LLC** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Prince Funding** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Pure Party Ice** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.26 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Reserve Capital Management** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **Restaurant Depot / Jetro** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.28 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **SBA Office** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.29 **Michael Barrios** | 10406 Ashbury Creek<br>San Antonio, TX 78245 | **St. John Cobb Inc.** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| Debtor | **Cajun Coffee Shack LLC** | Case number *(if known)* | |
|--------|---------------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Michael Barrios**     **10406 Ashbury Creek** <br> **San Antonio, TX 78245** | **Timepayment Corp, LLC.** | ☐ D _____ <br> ■ E/F __3.32__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Cajun Coffee Shack LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ☐ Operating a business  ■ Other  **Cajun Coffee Shack LLC** | **$780,155.85** |
   | **For prior year:** From  **1/01/2021** to **12/31/2021** | ☐ Operating a business  ■ Other  **Cajun Coffee Shack LLC** | **$1,355,000.00** |
   | **For year before that:** From  **1/01/2020** to **12/31/2020** | ☐ Operating a business  ■ Other  **Cajun Coffee Shack LLC** | **$727,122.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor  **Cajun Coffee Shack LLC**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Fenix Capital Funding 9265 4th Ave Suite 2, Brooklyn, NY 11209** | **$400/day** | **$0.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Assignment of Receivables** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Fenix Capital Funding 9265 4th Ave Suite 2, Brooklyn, NY 11209** | **Creditor has frozen a Square account owned by Cajun Coffee Shack LLC**<br>Last 4 digits of account number: _____ | **10/2022** | **$0.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Premier Capital Funding LLC VS. Michael Barrios and Cajun Coffee Shack LLC 4021922** | **Civil Judgement** | **New York Supreme Court - Civil Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Reserve Capital Management V. Cajun Coffee Shack LLC and Michael Barrios** | **Business debt collection** | **Supreme court of the State Of New york Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Cajun Coffee Shack LLC**                                          Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Blade Funding Vs. Michael Anthony Barrios and Cajun Coffee Shack LLC** | **Collection** | **Houston, TX** | ■ Pending ☐ On appeal ☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address **Creditors listed on D** | Describe the property | Value |
|---|---|---|
| | | **$0.00** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

<br>

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Cajun Coffee Shack LLC**                                Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vanhemelrijck Law Offices, PC**<br>**2001 NW Military**<br>**San Antonio, TX 78213** | **Attorney Fees** | **10/2022** | **$2,397.00** |
| | Email or website address<br>**jrv@vanlaws.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Court Filing Fee** | **Court filing fee** | **10/2022** | **$338.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Merchant Cash Advance Debt Relief**<br>**245 Park Ave 39th Floor**<br>**New York, NY 10167** | | **12/2021** | **$10,000.00** |
| | Email or website address<br>**https://www.merchant-cash-advance-debt-relief.com/contact-us/** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Cajun Coffee Shack LLC | Case number (if known) | |
|---|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11730 Potranco Road San Antonio, TX 78253** | **10/2020 - current -mail box** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Frost Bank PO Box 34746 San Antonio, TX 78265** | **XXXX-2304** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **10/2021** | **$0.00** |
| 18.2. | **Ibc Bank 1200 San Bernardo Ave Laredo, TX 78040** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **10/2021** | **$0.00** |

Debtor  **Cajun Coffee Shack LLC** _____  Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Frost**<br>**Attn. Bankruptcy Dept.**<br>**T-Lobby**<br>**PO Box 1600**<br>**San Antonio, TX 78296** | **XXXX-4718** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2021** | **$0.00** |
| 18.4. | **PNC Bank**<br>**7575 Wurzbach Road**<br>**San Antonio, TX 78229** | **XXXX-8787** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/2022** | **$0.00** |
| 18.5. | **USAA**<br>**9800 Fredericksburg**<br>**San Antonio, TX 78288** | **XXXX-9921** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/18/2022** | **$0.00** |
| 18.6. | **Navy Federal Credit Union**<br>**PO Box 3501**<br>**Merrifield, VA 22119** | **XXXX-5910** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/9/2022** | **$0.00** |
| 18.7. | **Navy Federal Credit Union**<br>**PO Box 3501**<br>**Merrifield, VA 22119** | **XXXX-1752** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/4/2022** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | Cajun Coffee Shack LLC | Case number *(if known)* | |

not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Sherwood Tax Solutions.com Carrie 10615 Perrin Beitel Ste 205 San Antonio, TX 78217** | **1/2022 - current** |

Debtor    **Cajun Coffee Shack LLC**                                                    Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Bank Statements given to Creditors** |

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Managing Member or his daughter** | **twice a month** | **$500 to $1000  - wholesale or liquidation**<br>**Inventory taken when puchasing supplies to know what they were running short on** |

| Name and address of the person who has possession of inventory records |
|---|
| **Managing Member** |

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Barrios** | **10406 Ashbury Creek San Antonio, TX 78245** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Cajun Coffee Shack LLC**                                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Barrios**<br>**10406 Ashbury Creek**<br>**San Antonio, TX 78245** | **Approx: $4,000/month** | **Monthly** | **Compensation for work done to pay for his living expenses** |
|  | **Relationship to debtor**<br>**Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  2, 2022**

**/s/ Michael Barrios**                                      **Michael Barrios**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

In re **Cajun Coffee Shack LLC** _____ Case No. _____

Debtor(s)         Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $     **2,397.00**

   Prior to the filing of this statement I have received _____ $     **2,397.00**

   Balance Due _____ $     **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**November 2, 2022** _____     **/s/ J. Robert Vanhemelrijck**

*Date*                                 **J. Robert Vanhemelrijck 24056468**

                                          *Signature of Attorney*

                                          **Vanhemelrijck Law Offices, PC**

                                          **2001 NW Military**

                                          **San Antonio, TX 78213**

                                          **(210) 804-1529 Fax: (210) 598-6359**

                                          **jrv@vanlaws.com**

                                          *Name of law firm*

# United States Bankruptcy Court
### Western District of Texas

In re    **Cajun Coffee Shack LLC**                         Case No. _____

                                   Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  2, 2022** _____        **/s/ Michael Barrios** _____

                                          **Michael Barrios/Managing Member**
                                        Signer/Title

Attorney General
Child Support
P.O. Box 12017
Austin, TX 78711

Equifax
PO Box 740241
Atlanta, GA 30374

Experian
PO Box 9701
Allen, TX 75013

HUD
615 East Houston Street, Suite 347
San Antonio, TX 78205

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
PO Box 12548
Austin, TX 78711

Texas Workforce Commission
101 E 15th Room 370
Austin, TX 78701

Trans Union
PO Box 2000
Chester, PA 19022

United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

VA Regional Counsel  
Office of District Counsel  
2515 Murworth Drive  
Houston, TX 77054

Social Security Administration  
Office of General Counsel  
1301 Young St Ste 340  
Mail Room 104  
Dallas, TX 75202

ACME Company  
9495 Harvard Blvd  
Youngstown, OH 44514-3330

Advanced Recovery Group  
30 Two Bridges Road Ste 100  
Fairfield, NJ 07004

Bank of Texas  
9901 IH 10 West #100  
San Antonio, TX 78230

Blade Funding Group  
c/o Regent & Associates  
500 Lovett, Ste 225  
Houston, TX 77006

Blade Funding Group  
c/o Regent & Associates  
500 lovett Ste 225  
Houston, TX 77006

ClearCard  
5 Cowboys Way  
Frisco, TX 75034

Continental Finance Co  
Attn: Bankruptcy  
4550 Linden Hill Rd, Ste 4  
Wilmington, DE 19808

Corporation Service Company  
801 Adlai Stevenson Drive  
Springfield, IL 62703

13737 Noel Road , 10th Floor
Dallas, TX 75240


Crown Capital LLC
2202 Thousand Oaks Dr # 101
San Antonio, TX 78232


CT Corporation System
350 N St Paul Street
Dallas, TX 75201


Diamond Star Capital Group
No. 256-260, Sule Pagoda Road,
Kyauktada Township, Yangon
Myanmar


East Shore Equities
5788 Merrick Rd, 2nd floor
Massapequa, NY 11758


Everyday Funding Group LLC
5018 Express Dr S Suite 204
Ronkonkoma, NY 11779


Fenix Capital Funding
9265 4th Ave Suite 2,
Brooklyn, NY 11209


First Digital Card
Attn: Bankruptcy
Po Box 85650
Sioux Falls, SD 57118


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117


GB Collects
1253 Haddonfield Berlin Road
Voorhees, NJ 08043

PO BOX 839999
San Antonio, TX 78283


Hiland Dairy
c/o Wright Lindsey Jennings
200 W. Capitol Ave. Ste 2300
Little Rock, AR 72201


Imperial PFS
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847


IPFS Corporation
PO Box 15089
Worcester, MA 01615


Iron Crown Capital LLC
5788 Merrick Road, Ste 205
Massapequa, NY 11758


Joseph Mann & Creed
8948 Canyon Falls Blvd Ste200
Twinsburg, OH 44087


Mantis Funding
225 Clematis St
West Palm Beach, FL 33401


Media Collections, Inc.
dba Joseph, Mann & Creed
8948 Canyon Falls Blvd., Ste. 200
Twinsburg, OH 44087


Michael Barrios
10406 Ashbury Creek
San Antonio, TX 78245


Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Oak Farms Dairy, LLC
1314 Fredericksburg Road
San Antonio, TX 78201


Payroll Vault San Antonio, Texas
9002 Wurzbach Rd
San Antonio, TX 78240


PNC Bank
249 Fifth Ave
Pittsburgh, PA 15222


Premier Capital Funding LLC
9264 4th Ave 2nd Floor
Brooklyn, NY 11209


Prince Funding
7 Sherwood Drive
Lakewood, NJ 08701


Pure Party Ice
1902 S. Laredo St. #5
San Antonio, TX 78207


Reserve Capital Management
4300 Sigma Rd
Dallas, TX 75244


Restaurant Depot / Jetro
3333 Fredericksburg Rd
San Antonio, TX 78201


SBA Office
615 E Houston St #298
San Antonio, TX 78205


Square Capital
1455 Market Street, Suite 600
San Francisco, CA 94103

St. John the Baptist
PO Box 2385
Davidson, NC 28036


The LCF Group
3000 Marcus Ave Suite 2W15,
New Hyde Park, NY 11042


Timepayment Corp, LLC.
Attn: Bankruptcy Dept
1600 District Avenue Ste 200
Burlington, MA 01803

# United States Bankruptcy Court
## Western District of Texas

In re  **Cajun Coffee Shack LLC**

Debtor(s)

Case No. 

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Cajun Coffee Shack LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  2, 2022**

Date

**/s/ J. Robert Vanhemelrijck**

**J. Robert Vanhemelrijck 24056468**

Signature of Attorney or Litigant

Counsel for  **Cajun Coffee Shack LLC**

**Vanhemelrijck Law Offices, PC**
**2001 NW Military**
**San Antonio, TX 78213**
**(210) 804-1529 Fax:(210) 598-6359**
**jrv@vanlaws.com**